# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MOD STACK LLC,**<br>　　　　　Plaintiff,<br>　v.<br>**GENBAND INC.,**<br>　　　　　Defendant. | CASE NO.  2:16-cv-296-JRG-RSP<br>(LEAD CASE) (CONSOLIDATED)<br><br>**PATENT CASE** |
| **SONUS NETWORKS, INC.**<br>　　　Defendant. | CASE NO.  2:16-cv-301-JRG-RSP<br>(CONSOLIDATED) |

## ORDER

The Unopposed Motion and Notice of Dismissal with Prejudice Regarding Sonus Networks, Inc. of all claims asserted between Plaintiff Mod Stack LLC and Defendant Sonus Networks, Inc., is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Mod Stack LLC and Defendant Sonus Networks, Inc., are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 10th day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE